IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| v. | : | |
| MARIO CUDEMO | : | NO. 92-653-01 |

## O R D E R

**AND NOW**, this 2nd day of March, 2010, upon consideration of defendant's Motion for Release From Supervised Release (Document No. 122, filed January 20, 2010), and the Government's Opposition to Defendant's Petition for Early Termination of Supervised Release (Document No. 126, filed February 19, 2010), for the reasons set forth in the attached Memorandum, **IT IS ORDERED** that defendant's Motion for Release From Supervised Release is **DENIED WITHOUT PREJUDICE** to defendant's right to again seek early termination of supervised release after serving a substantial part of his supervised release.

BY THE COURT:

/s/ Jan E. DuBois
JAN E. DUBOIS, J.